IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00089-CMA-KLM

WAYNE ROSSI,

    Plaintiff,

v.

FARMERS INSURANCE GROUP OF COMPANIES,
FARMERS INSURANCE GROUP, and
FARMERS,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with Defendants' counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the Clerk of the Courtand that the case be reassigned by random draw.

DATED:  January __18__, 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge