IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00089-WYD-KLM

WAYNE ROSSI,

    Plaintiff,

v.

FARMERS INSURANCE GROUP OF COMPANIES,
FARMERS INSURANCE GROUP, and
FARMERS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate and Reset March 23, 2011 Scheduling Conference** [Docket No. 11; Filed March 21, 2011]. Although the Motion is filed outside the Court's deadline for resetting conferences, see *Order* [#9] at 1, the Court finds that resetting the Scheduling Conference is the most efficient result here. However, Plaintiff's contention that he did not receive the Order setting the Scheduling Conference is not well taken. The docket reflects that the Order was mailed to Plaintiff on January 27, 2011 and the Order was not returned as undeliverable. Despite the fact that Plaintiff is proceeding *pro se*, he must comply with all Court Orders. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). Although the Court is mindful of Defendants' own inadvertence in failing to properly calendar the Scheduling Conference, the ultimate responsibility for ensuring that the parties are prepared for the Scheduling Conference is Plaintiff's. *See* D.C.COLO.LCivR 16.1.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. The Scheduling Conference set for March 23, 2011 at 10:00 a.m. is **vacated**. However, although the parties propose that they contact the Court to arrange a new conference date, it is most efficient to reset the conference on the earliest available date on the Court's calendar at this time. Accordingly, the Scheduling Conference is **RESET** to **May 2, 2011 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **April 27, 2011**.

Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **April 27, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  March 21, 2011