IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-00089-WYD-KLM

WAYNE ROSSI,

    Plaintiff,

v.

FARMERS INSURANCE GROUP OF COMPANIES;
FARMERS INSURANCE GROUP; and
FARMERS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 19), filed December 16, 2011.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 19) is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   December 19, 2011

            BY THE COURT:


            <u>s/ Wiley Y. Daniel</u>
            Wiley Y. Daniel
            Chief United States District Judge